UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DERIC PERKINS,

      Plaintiff,                                    Case No. 10-10089

v.                                                      Hon. John Corbett O'Meara

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the Court is Magistrate Judge Mark A. Randon's December 14, 2010, Report and Recommendation. Having reviewed the record and pleadings, and being fully advised in the premises, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED as the findings and conclusions of this Court.

      IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is GRANTED, Defendant's motion for summary judgment is DENIED, and the matter is REMANDED for further proceedings consistent with the Report and Recommendation.

      SO ORDERED.

                                                                   s/John Corbett O'Meara
                                                                   United States District Judge

Date: January 21, 2011

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 22, 2011, using the ECF system.

                                                                   s/William Barkholz
                                                                   Case Manager